**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**KALEB MADISON**                                                                          **PLAINTIFF**

**V.**                      **CASE NO. 4:17CV190KGB**

**CITY OF SHANNON HILLS; CHIEF
ALLEN SPEARS; OFFICER JEREMY
BROWN; AND OFFICER CHRISTY
DILLAVOU**                                                       **DEFENDANTS**

## ANSWER

COME Defendants, City of Shannon Hills, Chief Allen Spears, Jeremy Brown, and Christy Dillavou, in their individual and official capacities, by and through counsel, Sara Monaghan, and for their Answer to Plaintiff's Complaint, state:

1. Paragraph one (1) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

2. Paragraph two (2) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

3. Paragraph three (3) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

4.     Paragraph four (4) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

5.     Paragraph five (5) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

6.     Paragraph six (6) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

7.     Paragraph seven (7) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

8.     Paragraph eight (8) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

9.     Paragraph nine (9) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response

from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

10. Paragraph ten (10) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

11. Paragraph eleven (11) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

12. Paragraph twelve (12) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

13. Paragraph thirteen (13) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

14. Paragraph fourteen (14) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

15. Paragraph fifteen (15) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

16. Paragraph sixteen (16) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

17. Paragraph seventeen (17) of Plaintiff's Complaint contains statements unrelated to the Defendants and unrelated to the incident which Plaintiff alleges gives rise to this action, therefore, no response from the Defendants is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

18. Paragraph eighteen (18) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

19. Paragraph nineteen (19) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

20. Paragraph twenty (20) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

21. Paragraph twenty-one (21) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

22. Defendants admit the allegations of Paragraph twenty-two (22) of Plaintiff's Complaint.

23. Defendants admit the allegations of Paragraph twenty-three (23) of Plaintiff's Complaint.

24. Paragraph twenty-four (24) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

25. Paragraph twenty-five (25) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

26. Defendants deny the allegations in Paragraph twenty-six (26) of Plaintiff's Complaint.

27. Defendants admit the allegations of Paragraph twenty-seven (27) of Plaintiff's Complaint.

28. Defendants deny the allegations of Paragraph twenty-eight (28) of Plaintiff's Complaint.

29. In regard to Paragraph twenty-nine (29) of Plaintiff's Complaint Defendants deny the allegations of the sentence beginning, "Brown and Dillavou." The remaining allegations of Plaintiff's Complaint contain conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

30. Defendants deny the allegations of Paragraph thirty (30) of Plaintiff's Complaint.

31. Paragraph thirty-one (31) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

32. Defendants admit the allegations of Paragraph thirty-two (32) of Plaintiff's Complaint.

33. Defendants deny the allegations of Paragraph thirty-three (33) of Plaintiff's Complaint.

34. In regard to Paragraph thirty-four (34) of Plaintiff's Complaint, the allegations of the sentence beginning, "Chief Spears," contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing. Defendants deny the basis and characterization of the remaining allegations of Paragraph thirty-four (34) of Plaintiff's Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

35. Defendants deny the allegations of Paragraph thirty-five (35) of Plaintiff's Complaint.

36. Defendants restate the foregoing as if fully set out herein.

37. Paragraph thirty-seven (37) of Plaintiff's Complaint including subparagraphs (a) – (c) contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

38. Paragraph thirty-eight (38) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

39. Defendants restate the foregoing as if fully set out herein.

40. Paragraph forty (40) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

41. Paragraph forty-one (41) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

42. Defendants restate the foregoing as if fully set out herein.

43. Paragraph forty-three (43) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

44. Paragraph forty-four (44) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

45. Defendants restate the foregoing as if fully set out herein.

46. Paragraph forty-six (46) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

47. Paragraph forty-seven (47) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

48. Paragraph forty-eight (48) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

49. Paragraph forty-nine (49) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendants deny the same and further deny any and all allegations of wrongdoing.

50.  Defendants respectfully demand a jury trial.

51.  In regard to the Paragraph of Plaintiff's Complaint beginning with, "WHEREFORE," Defendants deny the allegations contained herein and that the Plaintiff is entitled to any and all relief stated or requested therein.

52.  Defendants deny each and every material averment not specifically admitted herein.

## AFFIRMATIVE DEFENSES

1.  The allegations in the Complaint fail to state facts or a claim upon which relief may be granted.

2.  Defendants are entitled to tort, qualified, and punitive damages immunity under all applicable doctrines of immunity pursuant to state and federal law, including but not limited to, Ark. Code Ann. § 21-9-301.

3.  Defendants assert that no violation of Plaintiff's rights occurred.

4.  Defendants assert the affirmative defenses of res judicata, collateral estoppel, issue preclusion, and claim preclusion to the extent they may apply.

5.  Defendants assert that Plaintiff's alleged injuries did not occur as a result of any policy or custom of the City of Shannon Hills.

6.  Defendants plead all defenses, as found applicable, pursuant to F.R.C.P. 8(c).

7.  Defendants assert that punitive damages are not recoverable against a municipality.

8.  Defendants in their individual capacities plead qualified and good faith immunities.

9.  Defendants assert the defense of privilege and justification.

10. Defendants assert the defenses of insufficient service of process and insufficient process.

11. Defendants plead all defenses available under the Arkansas Civil Justice Reform Act.

12. Defendants avail themselves of all statute of limitations defenses applicable to this claim.

13. Defendants assert none of their actions constitute unreasonable force, and any actions taken were reasonable.

14. Defendants reserve the right to amend or supplement this pleading as defenses become apparent or available during the course of litigation.

WHEREFORE, Defendants pray that this Court dismiss Plaintiff's Complaint against them and for all other just and proper relief to which there is entitlement.

>                Respectfully submitted,
>                CITY OF SHANNON HILLS, ALLEN
>                SPEARS, JEREMY BROWN, and
>                CHRISTY DILLAVOU
>                **DEFENDANTS**
>
> By:            /s/ Sara Monaghan
>                SARA MONAGHAN, ABA 2005176
>                Attorney for Defendants
>                P.O. Box 38
>                North Little Rock, AR 72115
>                TELEPHONE: 501-978-6122
>                FACSIMILE: 501-537-7262
>                EMAIL: smonaghan@arml.org

## CERTIFICATE OF SERVICE

  I, Sara Monaghan, do hereby certify that on June 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Reggie Koch
KOCH LAW FIRM, P.A.
2024 Arkansas Valley Drive
Suite 707
Little Rock, AR 72212

               /s/ Sara Monaghan
               Sara Monaghan