IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KALEB MADISON**  **PLAINTIFF**

v.  Case No. 4:17-cv-00190 KGB

**CITY OF SHANNON HILLS,**
**ARKANSAS**, *et al.*  **DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss with prejudice (Dkt. No. 7). In the motion, the parties indicate that they have settled this case and jointly request that the Court dismiss this case with prejudice. The Court grants the joint motion and dismisses with prejudice all claims raised by plaintiff Kaleb Madison in this matter against defendants City of Shannon Hills, Allen Spears, Jeremy Brown, and Christy Dillavou (*Id.*).

It is so ordered this the 19th day of October 2017.

_____
Kristine G. Baker
United States District Judge